DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAMION COLLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3575

_____

September 30, 2022

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Howard L. Dimmig, II, Public Defender, and Daniel Muller, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.